UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

SM

Angela Nails,
    Plaintiff,
Vs.
McDonald Restaurant,
Chris Kempczinski's,
    Defendant,

**RECEIVED**
APR 2 1 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Civil Number
1:22-cv-02087
Judge John J. Tharp, Jr
Magistrate Judge Beth W. Jantz
CAT 1 / RANDOM

NEGLECT

The Plaintiff visited the Abercorn McDonald Savannah, Georiga during the month and year of February 2022. The customer drove to the drive through window. The Plaintiff was cursed in a language no person would want to hear by any professional McDonald employee(s). The McDonald employee who cursed the Plaintiff is responsible for his own unbecoming language and work habits if train. The behavior of the McDonald employee should have worked against his but did not. The employee behavior toward the customer who is the Plaintiff Angela Nails was outrageous. To make it clear the McDonald employee he is bright skin African American male working at the drive through window on the day the Plaintiff went through the drive through. The Plaintiff has continuously contacted the Corporation Office of McDonalds since that date and year about the issues, problems, and the situation with that employee. The Plaintiff has been repeatedly has not been in communication with the District manager for the Savannah, Georiga area he has not called the Plaintiff. The Plaintiff has not received a call back from the area District McDonald manager or McDonald CEO. The Plaintiff cannot visit the McDonald's on Abercorn located in Savannah, Georiga because of the employee behavior on display that day and year. The McDonalds manger of the Savannah, Georgia made the decision not to firer the employee after his outburst toward the Plaintiff " YOU ABOUT TO GET THE FUCK CURSED OUT. The Plaintiff knows of no business that would keep an employee using that kind of language toward any employee, the employee continues working at McDonalds.

Neglect the failure look after and adequate supervision known as relationship between the employer and employee leading to wrongful act the right that leads to a civil legal liability 735 ILCS 5/2-1116 Ch 110 par (a)(b)

## MONTARY PAYMENT

The Plaintiff is seeking $150,000.00 for the monetary payment base on the complaint and the nerves Plaintiff is not able to visit the store close to the Plaintiff home also the Plaintiff feels that the business wants to have employees working for the business that is angry toward the customer. The business neglects to review video recording that picks up sound and actions of the employees. The business hires employees with tempers and the business hires these types of employees to slow the customer from coming to the restaurant. The Defendant McDonald Restaurant has neglected to do more to help the environment customers who order depending on the good food and service and employee police actions toward customers are important to the business and employees keeping their job none of this mattered the Savannah, Georiga District Manager. The Plaintiff suffers enough anxiety and stress from the injury mentally from the employee. The employees' customer/friends who talks to the employees as going around to the drive through window and keeps going parks close to the back of my car I could not back up because the car of the customer/ friend was close behind the customer care, the customer is the Plaintiff displaying hate as if the injury from the employee is a hate crime because the Plaintiff car could not back up the vehicle was so close. It is neglect that the District manager of the store refuses to reach out to the Plaintiff to discuss the criminal behavior the display behavior would have caused an assault if the Plaintiff would not have driven away to the second window to receive the Plaintiff McDonald order. All harm came from the Defendant has no response to telephone complaint as to theresal of the harm to the Plaintiff Section 1983 Civil Rights Act

Neglect is the suffering of the proper amount of care. Omission is to perfume some work, duty, or act. The term omission is used by United States courts. The term neglect donates the failure of responsibility on the part of defendant(s) or Attorney. Neglect is to pay little or no attention.

Omission of the business- omission to give the proper attention to a person or the customer who is the Plaintiff Angela Nails has been willfully been disregarded by the conditions and suffering the painful event caused by the business McDonalds own employee who has shared their feelings about the customer the understanding of the business they work for and the business mission statement to satisfy customers and policy to keep customers happy ment nothing to the McDonalds employee on duty to do a good work while on the job and the employees performance does not show that the employee has been properly train by McDonald managers.

## MOTARY PAYMENT

The monetary payment to the Plaintiff the omission on the behalf of the McDonalds not to move forward under the business license laws to operate a business in Savannah, Georiga that does not have community violations such law enforcement complaint, health department complaints and employee pay checks non-payment complaints all of these could keep a business from operating. The omission of the management to continue to keep the employee employed can only mean lack of concern for environmental services to the customer and more. The complaint to the complaint line four different times being complaint, update of the issue(s) and no District manager call back is the omission of the upper-level management not to be concern of law enforcement could become involve and to display service from the same employee no matter what it took to keep the business operation up and running to have daily revenue received (money). The Plaintiff is concerning how the business treats customers and the behavior of the District Manager and restaurant management is an omission of a broken system Plaintiff ask for $150,000.00 settlement.

## **DEFENDANT ADDRESS**

Corporation Office 110 North Carpenter Chicago, Il 60607
.

_____*Angela Nails*_____
ANGELA NAILS
10708 EGMONT ROAD
SAVANNAH, GEORIGA 31406

## NOTICE OF SERVICE

The Plaintiff used United States Mail __5.50__ 2022 to mail the Complaint to the United States District Court of Chicago Illinois. __219 S Dearborn St.__

_Angela Nails_
ANGELA NAILS
10708 EGMONT ROAD
SAVANNAH, GEORIGA 31406