IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Angela Nails,
    Plaintiff,
Vs.                                                       Case No. 1:22-cv-02087
McDonald Restaurant et al.,                Judge John J. Tharp, Jr.
    Defendant,

## AMENDED COMPLAINT

The Defendant McDonald Restaurant et al., violates the Plaintiff Constitutional Right to assembly. Under section 1983 the plaintiff who is an individual has rights to sue others acting under color of state law" for civil rights violations. No state law gives person a right to willfully deprive a person right under the right to be protected by the Constitution or U.S. The threat of unnecessarily force against a victim by the offender under the Plaintiff protected class for being a female included injury of willfully to move to the threat "you about to get the fuck cursed out" the words of the offender. Civil rights are an essential component of democracy. The Plaintiff opportunities to the right of privileges of public restaurants. The conduct of the person was committed acting under the color of state law the conduct deprived the plaintiff of her Constitutional right to assembly in public place. The cause of the Plaintiff right the Plaintiff has suffered emotional injury. The Plaintiff would not have been injured if the person employed acting under color of law had not violated the Plaintiff rights. The federal claim authorized to hear primarily money claims found upon the Constitution. The attributable factors the Plaintiff food order was not corrected and the third party a manager comes into make corrections to the food order after the emotional threat to emotionally harm the Plaintiff by violence to attack the

Plaintiff by cursing and to little the Plaintiff into not becoming a returning customer and not welcoming the Plaintiff return to a public restaurant place.

_____
ANGELA NAILS
10708 EGMONT ROAD
SAVANNAH, GEORIGA 31406

## **NOTICE OF SERVICE**

The Plaintiff used United States mail on May 12, 2022, to mail the Plaintiff Amended Complaint to the address 219 South Dearborn Street Chicago, ILL 60608.

*Angela Nails*
_____
ANGELA NAILS
10708 EGMONT ROAD
SAVANNAH, GEORIGA 31406